

U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*David Inkeles*  
*Assistant United States Attorney*

970 Broad Street, Suite 700  
Newark, NJ 07102  
david.inkeles@usdoj.gov

main: (973) 645-2700  
direct: (973) 645-2813  
fax:   (973) 297-2010

February 6, 2026

**Via Electronic Filing**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ  07102

   Re: *Singh v. Soto, et al.,* **No. 26-798 (MEF)**
     **Petitioner's Bond Hearing**

Dear Judge Farbiarz:

  This Office represents Respondents in this habeas matter.  We respectfully write on behalf of all parties to confirm that, pursuant to the Court's text order dated February 5, 2026, ECF No. 9, U.S. Immigration and Customs Enforcement ("ICE") has scheduled a bond hearing to occur today, February 6, before 5:00 p.m., but that Petitioner's counsel has asked to adjourn the hearing until next week.  The parties respectfully request that the Court permit the parties to file a letter by no later than February 13, 2026, updating the Court as to the status of Petitioner's bond hearing.

  Thank you very much for your consideration of this matter.

            Respectfully submitted,

**SO ORDERED**.

*[signature]*
Michael E. Farbiarz, U.S.D.J.
Date: 2/6/2026

            TODD BLANCHE
            U.S. Deputy Attorney General

            JORDAN FOX
            Chief of Staff &
            Associate Deputy Attorney General
            Special Attorney

         By: *s/ David Inkeles*
            DAVID INKELES
            Assistant United States Attorney
            *Attorneys for Respondents*

2

cc:     Counsel of Record (by ECF)